Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−25262−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Barbara J Haney
  fka Barbara Paar
  8306 Hana Road
  Edison, NJ 08817

Social Security No.:
  xxx−xx−9269

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 7/31/2018 and a confirmation hearing on such Plan has been scheduled for 12/19/2018 at 10:00 AM.

The debtor filed a Modified Plan on 12/5/2018 and a confirmation hearing on the Modified Plan is scheduled for 2/6/2019 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: December 6, 2018
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-25262-CMG
Barbara J Haney                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                 Page 1 of 2              Date Rcvd: Dec 06, 2018
                               Form ID: 186                Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
```
db             +Barbara J Haney,    8306 Hana Road,    Edison, NJ 08817-2002
517674775       American Express,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
517758692       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517674780      +Curcio Mirzaian Sirot LLC,    5 Becker Farm Road,    Suite 406,    Roseland, NJ 07068-1761
517674783     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: First Savings Credit Card,    500 E 60th Street,
                 Sioux Falls, SD 57104)
517674784      +Main Street Acquisition Corp.,    P.O. Box 9201,    Old Bethpage, NY 11804-9001
517779002       Main Street Acquisition Corp.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517674787      +PRA Receivables Mgmt,    10 Orchard Suite 100,    Lake Forest, CA 92630-8308
517806438      +TTLBL, LLC,   c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,    Denville, NJ 07834-1239
517674793      +TTLBL, LLC,   4747 Executive Drive, Suite 510,    San Diego, CA 92121-3100
517804941      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517674794      +Victoria Park Association,    5200 Hana Road,    Edison, NJ 08817-2580
517792013      +Victoria Park Association, Inc.,    c/o Curcio Mirzaian Sirot LLC,
                 5 Becker Farm Road, Suite 406,    Roseland, NJ 07068-1761
517674795      +William Singer,    Singer & Fedun,    2230 Route 206,    PO Box 134,    Belle Mead, NJ 08502-0134
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2018 00:36:54     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2018 00:36:52     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517674776      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 00:38:57     Capital One Bank,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
517725273       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 00:38:34
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517674777      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2018 00:36:25     Comenity Bank/Venus Credit,
                 PO Box 182789,    Columbus, OH 43218-2789
517674778      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2018 00:36:25
                 Comenity Capital Bank/Boscos,    PO Box 182120,    Columbus, OH 43218-2120
517674779      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 07 2018 00:36:25     Comenity Capital Bank/Ulta,
                 PO Box 182120,    Columbus, OH 43218-2120
517674781       E-mail/Text: mrdiscen@discover.com Dec 07 2018 00:35:39     Discover Financial Services LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
517687887       E-mail/Text: mrdiscen@discover.com Dec 07 2018 00:35:39     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517674782      +E-mail/Text: taxcollector@edisonnj.org Dec 07 2018 00:36:57     Edison Tax Collector,
                 100 Municipal Blvd,    Edison, NJ 08817-3302
517749759       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2018 00:50:26
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517749771       E-mail/Text: bkr@cardworks.com Dec 07 2018 00:35:22     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517674785      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2018 00:36:51     Midland Funding LLC,
                 2365 Northside Dr #300,    San Diego, CA 92108-2709
517674786       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2018 00:49:47
                 Portfolio Recovery Associates,    120 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
517800969       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2018 00:49:46
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517674788       E-mail/Text: bnc-quantum@quantum3group.com Dec 07 2018 00:36:43     Quantum3 Group LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517791723       E-mail/Text: bnc-quantum@quantum3group.com Dec 07 2018 00:36:43
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517791722       E-mail/Text: bnc-quantum@quantum3group.com Dec 07 2018 00:36:44
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
517674789      +E-mail/Text: mary@rabperformance.com Dec 07 2018 00:37:39     RAB Performance Recoveries, LLC,
                 10 Forest Avenue,    Paramus, NJ 07652-5238
517674790       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2018 00:50:23
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517674791       E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2018 00:38:21     Syncb/Amazon PLCC,
                 PO Box 965015,    Orlando, FL 32896-5015
517679247      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2018 00:39:09     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517795602      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2018 00:39:09     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517674792      +E-mail/Text: taxcollector@edisonnj.org Dec 07 2018 00:36:57     Township of Edison,
                 The Office of the Tax Collector,    100 Municipal Blvd,    Edison, NJ 08817-3302
517784943      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 07 2018 00:50:29     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 25
```

```
District/off: 0312-3          User: admin                Page 2 of 2                   Date Rcvd: Dec 06, 2018
                              Form ID: 186               Total Noticed: 39
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +TTLBL, LLC,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,    Denville, NJ 07834-1239
cr*          +Victoria Park Association, Inc.,    c/o Curcio Mirzaian Sirot LLC,    5 Becker Farm Road,
               Suite 406,    Roseland, NJ 07068-1761
                                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Debtor Barbara J Haney brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Deborah T. Feldstein    on behalf of Creditor    TTLBL, LLC dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Ellen Miriam Goodman    on behalf of Creditor    Victoria Park Association, Inc.
               egoodman@cmsllc.law,    inbox@cmsllc.law
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```