UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-25262 |
|---|---|---|
| BARBARA HANEY | Chapter: | 13 |
| | Judge: | CMG |

### NOTICE OF PROPOSED PRIVATE SALE

_____ Barbara Haney _____, _____ Debtor _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____ Christine M. Gravelle _____ on _____ 6/19/2019 _____ at ___ 9:00 ___ a.m. at the United States Bankruptcy Court, courtroom no. ___ 3 ___, 402 East State Street, Trenton, New Jersey 0860¹. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  8306 Hana Road
Edison, New Jersey 08880

Proposed Purchaser:  Raja Javid

Sale price:  290,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Bruce C. Truesdale, P.C. and Keller Williams Realty |
|---|---|
| Amount to be paid: | $1095 to Bruce C. Truesdale, P.C. and 5% to Keller Williams Realty* |
| Services rendered: | Bruce C. Truesdale, P.C. - Representation of Seller in transaction, attorney review of contract and preparation of closing documents.<br><br>Keller Williams Realty - Listing of property on MLS, marketing and procurement of buyer for the same.<br>*to be split with cooperating broker. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:             Michael M. Khalil, Esq.

Address:          147 Union Ave - Suite 1E, Middlesex, New Jersey 08846

Telephone No.:    732-302-9600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-25262-CMG
Barbara J Haney                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 2          Date Rcvd: May 16, 2019
                           Form ID: pdf905       Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
db           #+Barbara J Haney,   8306 Hana Road,   Edison, NJ 08817-2002
517674775     American Express,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
517758692     American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
517674780    +Curcio Mirzaian Sirot LLC,   5 Becker Farm Road, Suite 406,   Roseland, NJ 07068-1761
517674783    ++FIRST SAVINGS BANK,   PO BOX 5096,   SIOUX FALLS SD 57117-5096
              (address filed with court: First Savings Credit Card,   500 E 60th Street,
               Sioux Falls, SD 57104)
517926956    +KML Law Group PC,   216 Haddon Ave,   Suite 406,   Collingswood, NJ 08108-2812
517674784    +Main Street Acquisition Corp.,   P.O. Box 9201,   Old Bethpage, NY 11804-9001
517779002     Main Street Acquisition Corp.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517674787    +PRA Receivables Mgmt,   10 Orchard Suite 100,   Lake Forest, CA 92630-8308
517806438    +TTLBL, LLC,   c/o Pellegrino & Feldstein, LLC,   290 Route 46 West,   Denville, NJ 07834-1239
517674793    +TTLBL, LLC,   4747 Executive Drive, Suite 510,   San Diego, CA 92121-3100
517926955    +Toyota Motor Credit Corp,   PO Box 9013,   Addison, TX 75001-9013
517804941     Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517674794    +Victoria Park Association,   5200 Hana Road,   Edison, NJ 08817-2580
517792013    +Victoria Park Association, Inc.,   c/o Curcio Mirzaian Sirot LLC,
               5 Becker Farm Road, Suite 406,   Roseland, NJ 07068-1761
517674795    +William Singer,   Singer & Fedun,   2230 Route 206,   PO Box 134,   Belle Mead, NJ 08502-0134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 17 2019 00:00:40     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2019 00:00:36     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517674776    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 17 2019 00:04:11     Capital One Bank,
               Po Box 30281,   Salt Lake City, UT 84130-0281
517725273     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 17 2019 00:04:11
               Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517674777    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 17 2019 00:00:23     Comenity Bank/Venus Credit,
               PO Box 182789,   Columbus, OH 43218-2789
517674778    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 17 2019 00:00:24
               Comenity Capital Bank/Boscos,   PO Box 182120,   Columbus, OH 43218-2120
517926979    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 17 2019 00:00:24     Comenity Capital Bank/Ulta,
               PO Box 182120,   Columbus, OH 43218-2120
517674781     E-mail/Text: mrdiscen@discover.com May 16 2019 23:59:35     Discover Financial Services LLC,
               PO Box 15316,   Wilmington, DE 19850-5316
517687887     E-mail/Text: mrdiscen@discover.com May 16 2019 23:59:35     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
517674782    +E-mail/Text: taxcollector@edisonnj.org May 17 2019 00:00:42     Edison Tax Collector,
               100 Municipal Blvd,   Edison, NJ 08817-3302
517749759     E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 00:04:22
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517749771     E-mail/Text: bkr@cardworks.com May 16 2019 23:59:20     MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517674785    +E-mail/Text: bankruptcydpt@mcmcg.com May 17 2019 00:00:35     Midland Funding LLC,
               2365 Northside Dr #300,   San Diego, CA 92108-2709
517674786     E-mail/Text: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 00:04:18
               Portfolio Recovery Associates,   120 Corporate Blvd,   Suite 100,   Norfolk, VA 23502
517800969     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 00:04:17
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
517674788     E-mail/Text: bnc-quantum@quantum3group.com May 17 2019 00:00:29     Quantum3 Group LLC,
               PO Box 788,   Kirkland, WA 98083-0788
517791723     E-mail/Text: bnc-quantum@quantum3group.com May 17 2019 00:00:24
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517791722     E-mail/Text: bnc-quantum@quantum3group.com May 17 2019 00:00:30
               Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
               Kirkland, WA  98083-0788
517674789    +E-mail/Text: mary@rabperformance.com May 17 2019 00:01:16     RAB Performance Recoveries, LLC,
               10 Forest Avenue,   Paramus, NJ 07652-5238
517674790     E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 00:05:47
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517674791     E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 00:04:50     Syncb/Amazon PLCC,
               PO Box 965015,   Orlando, FL 32896-5015
517679247    +E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 00:04:52     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517795602    +E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 00:04:52     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517674792    +E-mail/Text: taxcollector@edisonnj.org May 17 2019 00:00:42     Township of Edison,
               The Office of the Tax Collector,   100 Municipal Blvd,   Edison, NJ 08817-3302

District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: May 16, 2019
                             Form ID: pdf905          Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517784943        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2019 00:05:07        Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 25

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +TTLBL, LLC,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,    Denville, NJ 07834-1239
cr*              +Victoria Park Association, Inc.,    c/o Curcio Mirzaian Sirot LLC,    5 Becker Farm Road,
                  Suite 406,    Roseland, NJ 07068-1761
                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Bruce C. Truesdale    on behalf of Debtor Barbara J Haney brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Deborah T. Feldstein    on behalf of Creditor    TTLBL, LLC dfeldstein@caplaw.net
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Ellen Miriam Goodman    on behalf of Creditor    Victoria Park Association, Inc.
           egoodman@cmsllc.law,   inbox@cmsllc.law
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Michael M Khalil    on behalf of Debtor Barbara J Haney mkhalil@atrbklaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8