Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–25262–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Barbara J Haney
fka Barbara Paar
8306 Hana Road
Edison, NJ 08817

Social Security No.:
xxx–xx–9269

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:        11/6/19
Time:        12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bruce C. Truesdale, Debtor's Attorney

COMMISSION OR FEES
fee: $3575.20

EXPENSES
$84.97

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 27, 2019
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-25262-CMG
Barbara J Haney                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2          Date Rcvd: Sep 27, 2019
                             Form ID: 137           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db         #+Barbara J Haney,    8306 Hana Road,    Edison, NJ 08817-2002
r           +Ismael Cortes,    Keller Williams Realty,    190 Christopher Columbus Drive,
              Jersey City, NJ 07302-3432
517674775    American Express,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
517758692    American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
517674780   +Curcio Mirzaian Sirot LLC,    5 Becker Farm Road,    Suite 406,    Roseland, NJ 07068-1761
517674783   ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: First Savings Credit Card,    500 E 60th Street,
              Sioux Falls, SD 57104)
517926956   +KML Law Group PC,    216 Haddon Ave,    Suite 406,    Collingswood, NJ 08108-2812
517674784   +Main Street Acquisition Corp.,    P.O. Box 9201,    Old Bethpage, NY 11804-9001
517779002    Main Street Acquisition Corp.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517674787   +PRA Receivables Mgmt,    10 Orchard Suite 100,    Lake Forest, CA 92630-8308
517674789   +RAB Performance Recoveries, LLC,    10 Forest Avenue,    Paramus, NJ 07652-5252
517806438   +TTLBL, LLC,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,    Denville, NJ 07834-1239
517674793   +TTLBL, LLC,    4747 Executive Drive, Suite 510,    San Diego, CA 92121-3100
517926955   +Toyota Motor Credit Corp,    PO Box 9013,    Addison, TX 75001-9013
517804941   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517674794   +Victoria Park Association,    5200 Hana Road,    Edison, NJ 08817-2580
517792013   +Victoria Park Association, Inc.,    c/o Curcio Mirzaian Sirot LLC,
              5 Becker Farm Road, Suite 406,    Roseland, NJ 07068-1761
517674795   +William Singer,    Singer & Fedun,    2230 Route 206,    PO Box 134,    Belle Mead, NJ 08502-0134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2019 01:05:28     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2019 01:05:25     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517674776   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2019 01:18:45     Capital One Bank,
              Po Box 30281,    Salt Lake City, UT 84130-0281
517725273    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2019 01:17:17
              Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517674777   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2019 01:05:02     Comenity Bank/Venus Credit,
              PO Box 182789,    Columbus, OH 43218-2789
517674778   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2019 01:05:02
              Comenity Capital Bank/Boscos,    PO Box 182120,    Columbus, OH 43218-2120
517674779   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 28 2019 01:05:02     Comenity Capital Bank/Ulta,
              PO Box 182120,    Columbus, OH 43218-2120
517674781    E-mail/Text: mrdiscen@discover.com Sep 28 2019 01:04:13     Discover Financial Services LLC,
              PO Box 15316,    Wilmington, DE 19850-5316
517687887    E-mail/Text: mrdiscen@discover.com Sep 28 2019 01:04:13     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517674782   +E-mail/Text: taxcollector@edisonnj.org Sep 28 2019 01:05:31     Edison Tax Collector,
              100 Municipal Blvd,    Edison, NJ 08817-3302
517749759    E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 01:16:03
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517749771    E-mail/Text: bkr@cardworks.com Sep 28 2019 01:02:15     MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517674785   +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2019 01:05:24     Midland Funding LLC,
              2365 Northside Dr #300,    San Diego, CA 92108-2709
517674786    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 01:15:47
              Portfolio Recovery Associates,    120 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
517800969    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 01:15:46
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517674788    E-mail/Text: bnc-quantum@quantum3group.com Sep 28 2019 01:05:17     Quantum3 Group LLC,
              PO Box 788,    Kirkland, WA 98083-0788
517791723    E-mail/Text: bnc-quantum@quantum3group.com Sep 28 2019 01:05:17
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517791722    E-mail/Text: bnc-quantum@quantum3group.com Sep 28 2019 01:05:17
              Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
              Kirkland, WA  98083-0788
517674790    E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 01:16:00
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517674791    E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 01:15:29     Syncb/Amazon PLCC,
              PO Box 965015,    Orlando, FL 32896-5015
517679247   +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 01:17:09     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517795602   +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 01:18:37     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517674792   +E-mail/Text: taxcollector@edisonnj.org Sep 28 2019 01:05:31     Township of Edison,
              The Office of the Tax Collector,    100 Municipal Blvd,    Edison, NJ 08817-3302

```
District/off: 0312-3          User: admin           Page 2 of 2            Date Rcvd: Sep 27, 2019
                              Form ID: 137           Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517784943        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2019 01:16:26      Verizon,
                  by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                     TOTAL: 24
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +TTLBL, LLC,   c/o Pellegrino & Feldstein, LLC,   290 Route 46 West,   Denville, NJ 07834-1239
cr*          +Victoria Park Association, Inc.,   c/o Curcio Mirzaian Sirot LLC,   5 Becker Farm Road,
              Suite 406,   Roseland, NJ 07068-1761
                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
```
          Albert  Russo   docs@russotrustee.com
          Bruce C. Truesdale   on behalf of Debtor Barbara J Haney brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Deborah T. Feldstein   on behalf of Creditor   TTLBL, LLC dfeldstein@caplaw.net
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Ellen Miriam Goodman   on behalf of Creditor   Victoria Park Association, Inc.
           egoodman@cmsllc.law,  inbox@cmsllc.law
          Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Michael M Khalil   on behalf of Debtor Barbara J Haney mkhalil@atrbklaw.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                     TOTAL: 8
```