UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Bruce C. Truesdale, PC
Bruce C. Truesdale, Esq.
Attorney At Law
147 Union Avenue, Sutie 1E
Middlesex, NJ 08861
Tel: 732-302-9600
Fax#: 732-302-9066

Order Filed on November 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Barbara J. Haney

Case No.: 18-25262-CMG

Chapter: 13

Judge: Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 7, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale, Esq._____, the applicant, is allowed a fee of $ _____3,575.200_____ for services rendered and expenses in the amount of $_____84.97_____ for a total of $_____3,660.17_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*